Helen Familton, Appellant, v. Robert Spencer Familton, Respondent.— Orders affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Lulu Rodgers, as Administratrix, etc., of Benjamin Franklin Gates Deceased, Appellant, v. Antonio Vigbotti, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Louis H. Schlossberg, Respondent, v. Schonberg, Diamond & Silverman, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of George Leary, Appellant, to Compel William Otis Badger, Jr., Respondent, an Attorney at Law of the State of New York, to Pay over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

George Nesbitt, Appellant, Respondent, v. T. Hogan & Sons, Inc., Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Rose Robinson, Respondent, v. Regina Fenster, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Arthur Paul Hess, Appellant, v. Max Levien and Others, Defendants, Impleaded with Morris Manacher, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements to the appellant, the notice for examination reinstated and the motion to vacate denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of Asiatic Silks Corporation, Respondent, to Compel Arbitration by Laurel Silk Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissents.

Harry Sherman, Respondent, v. George Jessel, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Julius Modell and Another, Copartners, etc., Respondents, v. Radio Surplus Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Shenk Realty Construction Company, Respondent, v. Irving Weiss and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.